# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

November 26, 2019

NOV 2 7 2019

**VIA CM/ECF**
Honorable Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Centre Street, Courtroom 906
New York, NY 10007-1312

> The Initial Pretrial Conference in this matter is hereby adjourned to January 24, 2020 at 3:30 p.m.

    Re:    Norris v. D & Express Candy Grocery Corp., et al.
            Case 1:19-cv-07567-AJN

Dear Judge Nathan:

The undersigned represents the Plaintiff in the above-captioned case matter.

This is an action pursuant to the ADA, as well as similar state and local statutes. The Initial Pretrial Conference in this matter is currently scheduled for December 6, 2019 at 3:15 p.m. in Your Honor's Courtroom. To date, none of the Defendants have yet formally appeared and/or answered in this matter, having been properly served [D.E. 8 & D.E. 9]. As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference to a date in late December or early January, or any other date most convenient to this Honorable Court.

Thank you for your consideration of this first adjournment request.

Sincerely,

By: /S/ B. Bradley Weitz
     B. Bradley Weitz, Esq. (BW9365)
     THE WEITZ LAW FIRM, P.A.
     Attorney for Plaintiff
     Bank of America Building
     18305 Biscayne Blvd., Suite 214
     Aventura, Florida 33160
     Telephone: (305) 949-7777
     Facsimile: (305) 704-3877
     Email: bbw@weitzfirm.com

SO ORDERED: 11/27/19

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE