# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

January 17, 2020

JAN 2 2 2020

> The Initial Pretrial Conference in this matter is hereby adjourned to February 21, 2020 at 3:45 P.M.

**VIA CM/ECF**
Honorable Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Centre Street, Courtroom 906
New York, NY 10007-1312

      Re:  **Norris v. D & Express Candy Grocery Corp., et al.**
         **Case 1:19-cv-07567-AJN**

Dear Judge Nathan:

  The undersigned represents the Plaintiff in the above-captioned case matter.

  This is an action pursuant to the ADA, as well as similar state and local statutes. The Initial Pretrial Conference in this matter is currently scheduled for January 24, 2020 at 3:30 p.m. in Your Honor's Courtroom. To date, none of the Defendants have yet formally appeared and/or answered in this matter, having been properly served [D.E. 8 & D.E. 9]. As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference to a date in mid-February, or any other date most convenient to this Honorable Court.

  The undersigned counsel is also undertaking additional efforts including follow-up Federal Express correspondence to the subject facility location and corporate locations. Thank you for your consideration of this second adjournment request.

              Sincerely,

              By: /S/ B. Bradley Weitz
                B. Bradley Weitz, Esq. (BW9365)
                THE WEITZ LAW FIRM, P.A.
                Attorney for Plaintiff
                Bank of America Building
                18305 Biscayne Blvd., Suite 214
                Aventura, Florida 33160
                Telephone: (305) 949-7777
                Facsimile: (305) 704-3877
                Email: bbw@weitzfirm.com

1/22/20

SO ORDERED:

HON. ALISON J. NATHAN