# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

FEB 1 9 2020

February 17, 2020

**VIA CM/ECF**
Honorable Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Centre Street, Courtroom 906
New York, NY 10007-1312

> The Initial Pretrial Conference in this matter is hereby adjourned to March 27, 2020 at 3:45 p.m. No further adjournments of the Initial Conference will be granted.
>
> If Defendants have not appeared by March 27, 2020, Plaintiff is directed to move for default judgment no later than April 3, 2020 pursuant to the Undersigned's Individual Practices in Civil Cases.

Re: **Norris v. D & Express Candy Grocery Corp., et al.**
Case 1:19-cv-07567-AJN

Dear Judge Nathan:

The undersigned represents the Plaintiff in the above-captioned case matter.

This is an action pursuant to the ADA, as well as similar state and local statutes. The Initial Pretrial Conference in this matter is currently scheduled for February 21, 2020 at 3:45 p.m. in Your Honor's Courtroom. To date, none of the Defendants have yet formally appeared and/or answered in this matter, having been served [D.E. 8 & D.E. 9]. As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference to a date most convenient to this Honorable Court.

The undersigned counsel has undertaken additional efforts, including, follow-up correspondence to the subject facility and/or the corporate location by courier, in order to facilitate a response from Defendants. Thank you for your consideration of this third adjournment request.

Sincerely,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com

SO ORDERED: 2/19/20

HON. ALISON J. NATHAN