# THE WEITZ LAW FIRM, P.A.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/20
```

March 25, 2020

**VIA CM/ECF**
Honorable Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

                    Re:    Norris v. D & A Express Candy Grocery Corp., et al.
                            Case 1:19-cv-07567-AJN

Dear Judge Nathan:

    The undersigned represents the Plaintiff in the above-captioned case matter.

**SO ORDERED.**

    Pursuant to Order [D.E.18] which states that Plaintiff, in making an extension request, must indicate whether Defendant consents and, if not, the reasons given by Defendant for refusing consent, Plaintiff states there is at present no appearing Defendant in this matter. Plaintiff is putting all his cases on hold and seeks a thirty (30) day stay of all deadlines due to the ongoing health crisis caused by the COVID-19 pandemic, and the tumultuous economic effects it is causing to virtually all businesses open to the public, including complete closures, such as the business involved in this matter. Defendants have been contacted by the undersigned and await their response.

    The Court may wish to note that this is undersigned counsel's second request to stay this matter. Thank you for your consideration of this unexpected, but essential, request.

                                      Sincerely,

                                By: /S/ B. Bradley Weitz
                                   B. Bradley Weitz, Esq. (BW 9365)
                                   THE WEITZ LAW FIRM, P.A.
                                   18305 Biscayne Blvd., Suite 214
                                   Aventura, Florida 33160
                                   Tel.: (305) 949-7777
                                   Fax: (305) 704-3877
                                   Email: bbw@weitzfirm.com

3/30/20

*/s/ Alison J. Nathan*